The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 15, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: October 15, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | CASE NO. 15-16711 |
| Walter Jablonowski | ) | |
| Danielle Jablonowski | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| Debtor | ) | **ORDER GRANTING MOTION TO INCUR DEBT FOR THE PURCHASE OF A VEHICLE** |
| | ) | |

*******************************************************************************

This cause came on to be considered this day upon the Debtors' Motion to Incur Debt to Purchase a Vehicle (Docket #40).

The Court finds that the Debtors have established that good cause exists for granting the Motion; the Trustee, and all other necessary parties were served with the Motion and Notice of the hearing date. No objections have been filed and it appears appropriate to grant the Motion.

**IT IS SO ORDERED.** Debtors may execute the loan agreement detailed in the Motion and/or a similar vehicle with similar financing.

###

Respectfully Submitted,

/s/ Alexander V. Sarady
Alexander V. Sarady (007500)
Attorney for Debtor
614 W. Superior Avenue #950
Cleveland, Ohio 44113
(216) 263-6200

## CERTIFICATE OF SERVICE

A true and correct copy of the Order granting Debtors' Motion to Incur Debt was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Alexander V. Sarady, at asarady@ohiolegalclinic.com

        Lauren A. Helbling, on behalf of the Trustee, at ch13trustee@ch13cleve.com

    United States Trustee, at (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

        Walter & Danielle Jablonowski, at 6722 Miller Dr., Elyria, OH 44039

        Fred Martin Superstore at 3195 Barber Road, Barberton, OH 44203.