The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 15, 2021, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: June 15, 2021



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | ) CHAPTER 13 |
| | ) CASE NO. 15-16711 |
| Walter T. Jablonowski | ) |
| Danielle M. Jablonowski | ) JUDGE ARTHUR I. HARRIS |
| | ) |
| | ) **ORDER GRANTING DEBTOR'S MOTION** |
| | ) **TO MODIFY CONFIRMED PLAN** |
| | ) |
| Debtor | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This cause came on to be considered on the Motion to Modify Plan heard on June 10, 2021.

The Court finds that the Debtor has alleged that good cause exists for granting the Motion; Creditors, the Trustee, and all other necessary parties were served with the Motion and Notice of hearing date; no party filed an objection and it appears appropriate to grant the relief requested.

It is therefore **ORDERED**, that the Chapter 13 plan is modified according to the terms of the modified plan filed on May 11, 2021.

IT IS SO ORDERED.

Submitted By:

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
Rauser & Associates
1468 W. 9th St., Suite 300
Cleveland, Ohio 44113
Telephone: (216) 263-6200
Facsimile: (216) 263-6202
asarady@ohiolegalclinic.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and correct copy of the order was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Alexander V. Sarady, on behalf of Debtors, at asarady@ohiolegalclinic.com

- Lauren A. Helbling, on behalf of Chapter 13 Trustee's Office, at ch13trustee@ch13cleve.com

- United States Trustee, at (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Debtor:
Walter & Danielle Jablonowski
6722 Miller Drive
North Ridgeville, OH 44039

Creditors:
Ally Financial
Attn: Bankruptcy Department
200 Renaissance Center

P.O. Box 200
Detroit, MI 48265-2000

Best Buy
c/o CBNA
50 Northwest Point Rd.
Elk Grove Village, IL 60007

Capital One
15000 Capital One Drive
Henrico, VA 23238

Direct TV
Attn: Bankruptcy Dept
PO Box 6550
Englewood, CO 80155

Huntington Bank
P.O. Box 1558
EAIW37
Columbus, OH 43210

K. Pakeltis & Co
1360 West 9th St
Suite 320
Cleveland, OH 44113

Lerner, Samson & Rothfuss
P.O. Box 5480
Cincinnati, OH 45201-5480

Northwest Consumer
P.O. Box 1178
Hermitage, PA 16148

RITA
P.O. Box 94951
Cleveland, OH 44101-4951

Roundpoint
P.O. Box 19409
Charlotte, NC 28219-9409

State of Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530